UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

OLGA PYRINOVA, an individual, on behalf     CASE NO. 9:18-cv-80727-DMM
of herself and others similarly situated

    Plaintiff,

v.

LENNAR CORPORATION, a foreign
corporation, and LENNAR HOMES LLC, a
Florida limited liability company,

    Defendants.
_____/

**NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS, AND EMAIL ADDRESS OF TED D. MEYER, ATTORNEY ADMITTED *PRO HAC VICE***

    Notice of change of firm affiliation, address, and email address is hereby given for Ted D. Meyer, attorney admitted *pro hac vice*. All future pleadings, memoranda, correspondence, orders, and other papers for Ted D. Meyer shall be sent to him as follows:

    Ted D. Meyer
    Blank Rome
    717 Texas Avenue
    Suite 1400
    Houston, TX 77002
    Tel.: (713) 632.8666
    Fax: (713) 228.6605
    Email: tmeyer@blankmore.com

    Dated this 30th day of October, 2018.

Respectfully submitted,

*/s/ Jennifer S. Bullock*
Jennifer S. Bullock
  Florida Bar No.: 0866881
  Email: jennifer.bullock@morganlewis.com
Anaili M. Cure
  Florida 119558
  Email: anaili.cure@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3000
Facsimile: 305.415.3001

*Counsel for Defendants*

and

*/s/ Ted D. Meyer*
Ted D. Meyer (*Admitted Pro Hac Vice*)
  Texas Bar No.: 13997500
  Email: tmeyer@blankmore.com
Blank Rome
717 Texas Avenue
Suite 1400
Houston, TX 77002
Tel.: (713) 632.8666
Fax: (713) 228.6605

*Co-Counsel for Defendants*

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on October 30th, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jennifer S. Bullock*
Jennifer S. Bullock

**SERVICE LIST**

*Pyrinova v. Lennar Corporation.*
**Case No. 9:18-cv-80727-DMM**
**United States District Court for the Southern District of Florida**

Frank H. Henry, Esq.
  Fla. Bar No.: 956554
  Email:  fhenry@bluerocklegal.com
Daniel Eric Gonzalez, Esq.
  Florida Bar No.: 118696
  Email: dgonzalez@bluerocklegal.com
BlueRock Legal, P.A.
10800 Biscayne Boulevard
Suite 410
Miami, Florida 33161-7806
Telephone: 305.981.4300
Facsimile:  305.981.4304

*Counsel for Plaintiff*

DB1/ 100368335.1